The Honorable James L. Robart

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VIKY BOHRA, <br><br> Defendant. | NO. 20-cr-00165-JLR <br><br> ORDER GRANTING STIPULATED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO HEARING |

THE COURT has considered the stipulated motion to proceed with guilty plea hearing by video hearing and to proceed before a United States Magistrate Judge, along with all the records and files in this case and the General Orders currently in effect.

THE COURT ORDERS that the parties may proceed before a United States Magistrate Judge with a plea hearing by video conference, consistent with current procedures established by this Court, and directs the parties to consult with one another and the Court to schedule such a hearing at a mutually acceptable date and time.

DATED this 26th day of October, 2020.

_____
JAMES L. ROBART
U.S. DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO
PROCEED WITH GUILTY PLEA BY VIDEO
HEARING – 1

3217728.docx

skellengerbender

1301 - Fifth Avenue, Suite 3401
Seattle, Washington 98101-2605
(206) 623-6501